# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00294-CV

**Manor Independent School District, Appellant**

**v.**

**Deydra Steans, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-13-000241, HONORABLE TIM SULAK, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Manor Independent School District has filed an agreed motion to dismiss the appeal, explaining that the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Appellant's Motion

Filed:   August 28, 2015